JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA ORTEGA, | Case No. 8:17-cv-01251-JLS-JDE |
| Plaintiff, | ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |
| v. | |
| WAL MART ASSOCIATES, INC., et al. | |
| Defendant(s). | |

On October 16, 2018, the parties filed a Joint Stipulation to Vacate Deadlines in Light of Settlement. (doc. 36.) Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

///

///

1    The parties shall file a Stipulation of Dismissal no later than
2    November 30, 2018. If no dismissal is filed, the Court deems the
3    matter dismissed at that time.
4        The Court retains full jurisdiction over this action and this
5    order shall not prejudice any party in the action.
6        The Order to Show Cause issued October 16, 2018 is ordered
7    DISCHARGED.

IT IS SO ORDERED.

    DATED: October 16, 2018

                                        JOSEPHINE L. STATON
                                        _____
                                        HONORABLE JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE